**Electronically Filed
Supreme Court
SCWC-17-0000529
18-DEC-2019
01:45 PM**

SCWC-17-0000529

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF THE ARBITRATION BETWEEN

UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Petitioner-Union-Appellant-Appellant,

and

STATE, DEPARTMENT OF TRANSPORTATION, HIGHWAYS DIVISION,
HILO BASEYARD (GRIEV. OF ELGIN SANTOS RE: PROMOTION);
SECTIONS 1, 14, 16, 64 AND 66; AN-15-04 (2016-011),
Respondent-Employer-Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000529; 1SP171000112)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner-Union-Appellant-Appellant United Public

Workers, AFSCME, Local 646, AFL-CIO's application for writ of

certiorari, filed on October 25, 2019, is hereby rejected.

DATED:  Honolulu, Hawai'i, December 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

